BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
JAMES K. HERING
Certified Law Student
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-CR-00200-SKO |
|---|---|---|
| Plaintiff, | ) ) ) | MOTION AND ORDER FOR DISMISSAL OF INFORMATION |
| v. | ) ) | |
| OSCAR MELERO | ) ) | |
| Defendant(s). | ) ) ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Laurel J. Montoya, Assistant United States Attorney, hereby moves to dismiss the Information filed against Oscar Melero without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: December 14, 2010          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By : /s/ Laurel J. Montoya
                                      LAUREL J. MONTOYA
                                      Assistant U.S. Attorney

1

O R D E R

IT IS HEREBY ORDERED that the Information filed against OSCAR MELERO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 16, 2010**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE